IN THE SUPREME COURT OF TEXAS

 No. 08-0336

 IN RE JASON LOBAN

 On Petition for Writ of Mandamus

ORDERED:

 1. Relator's emergency motion for temporary relief, filed May 2,
2008, is granted. The destruction of the subject dogs is stayed pending
further order of this Court.
 2. The real party in interest is requested to respond to relator's
petition for writ of mandamus on or before May 12, 2008.
 3. The petition for writ of mandamus remains pending before this
Court.

 Done at the City of Austin, this May 06, 2008.
 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk